1  Scott E. Davis
   State Bar No. 016160
2  SCOTT E. DAVIS, P.C.
   20827 North Cave Creek Road, Suite 101
3  Phoenix, AZ  85024

4  Telephone:  (602) 482-4300
   Facsimile:    (602) 569-9720
5  email: davis@scottdavispc.com

6  *Attorney for Plaintiff Semira Hodzic*

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF ARIZONA**

10
                                          | Case No.  2:11-cv-00613-FJM
11  Semira Hodzic,                        |
                                          |
12            Plaintiff,                  | **NOTICE OF SETTLEMENT**
                                          |
13       v.                               |
                                          |
14  Life Insurance Company of North America,
    Goodrich Corporation Four Coliseum
15  Centre, Goodrich Corporation Four
    Coliseum Centre Employee Disability Plan,
16
            Defendants.
17

18
         Plaintiff hereby gives notice that this case has settled.  The parties are working on
19
    finalizing the settlement documentation at this time.  The parties will, as soon as possible,
20
    file with the Court a Stipulation and Order to dismiss this case with prejudice.
21
         RESPECTFULLY SUBMITTED this 2nd day of November, 2011.
22
                                          SCOTT E. DAVIS, P.C.
23
                                          */s/ Scott E. Davis, Esq.*
24                                        Scott E. Davis, Esq.
                                          Attorney for Plaintiff
25

26

                                       -1-

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 2, 2011 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William Demlong, Esq.
Aeryn Heidemann, Esq.
Kunz, Plitt, Hyland & Demlong
3838 N. Central Ave, Suite 1500
Phoenix, AZ 85012-1902

By:   *Lisa L. Martinez*
An employee of Scott E. Davis, P.C.