IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Semira Hodzic,                          )      CV-11-613-PHX-FJM
                                        )
            Plaintiff(s),               )      **ORDER**
                                        )
vs.                                     )
                                        )
Life Insurance Company of North         )
America et al.,                         )
                                        )
            Defendant(s).               )
_____

        Pursuant to this court's order of November 3, 2011, IT IS ORDERED dismissing this action with prejudice.

        DATED this 12th day of December, 2011.

_____
                    Frederick J. Martone
                    United States District Judge